■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN J. ROTOLO, Also Known as KEVIN KEARNEY, Appellant. [901 NYS2d 895]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Ronald Zweibel, J.), rendered on or about June 11, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Andrias, Catterson, Moskowitz and Acosta, JJ.